1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREEMAN ALLAN FELDER,

    Petitioner,

  v.

BRYAN D. PHILLIPS,

    Respondents.

Case No. 2:23-cv-00895-DJC-JDP (HC)

ORDER AND FINDINGS AND
RECOMMENDATIONS

  Petitioner, proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C.
§ 2254.  He admits, however, that he has not exhausted his claims in state court, and I recommend
dismissal on that basis.  ECF No. 1 at 7.  I will also grant petitioner's application to proceed in
forma pauperis.  ECF No. 2.

  The amended petition is before me for preliminary review under Rule 4 of the Rules
Governing Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must
examine the habeas petition and order a response to the petition unless it "plainly appears" that
the petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir.
2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

  Petitioner admits that he did not exhaust his claims by presenting them to the California
Supreme Court, but claims that his attorney told him it was unnecessary.  ECF No. 1 at 7.  That is
incorrect.  Habeas relief cannot be granted unless the petitioner has given the highest state court a
full and fair opportunity to consider his claims.  28 U.S.C. § 2254(b)(1)(A), (c).  Accordingly, I

1

1  will recommend dismissal of this action without prejudice so that petitioner may return to state

2  court and properly present his claims.

3        Accordingly, it is ORDERED that petitioner's application to proceed in forma pauperis,

4  ECF No. 2, is GRANTED.

5        Further, it is RECOMMENDED that the petition, ECF No. 1, be DISMISSED for failure

6  to exhaust administrative remedies.

7        These findings and recommendations are submitted to the United States District Judge

8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

9  after being served with these findings and recommendations, any party may file written

10 objections with the court and serve a copy on all parties.  Such a document should be captioned

11 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

12 objections shall be served and filed within fourteen days after service of the objections.  The

13 parties are advised that failure to file objections within the specified time may waive the right to

14 appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

15 *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

16

17 IT IS SO ORDERED.

18
   Dated:    July 12, 2023                                   _____
19                                                            JEREMY D. PETERSON
20                                                            UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2